No. 03–682. SIBLEY *v.* SIBLEY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 03–683. SAVARD ET AL. *v.* RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–684. SOUDAVAR *v.* ISLAMIC REPUBLIC OF IRAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–685. SOUDAVAR *v.* ISLAMIC REPUBLIC OF IRAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–686. REPUBLIC OF HONDURAS ET AL. *v.* PHILIP MORRIS COS., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–688. WRIGHT *v.* WAGNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–689. PRIMM *v.* COUNTRY COS. Ct. App. Wash. Certiorari denied.

No. 03–690. BERTOLI *v.* OBERFELDER. C. A. 9th Cir. Certiorari denied.

No. 03–692. VALENTINE-STAATS *v.* ELLIOTT ET UX. Ct. App. D. C. Certiorari denied.

No. 03–694. FOREST LABORATORIES, INC., ET AL. *v.* ABBOTT LABORATORIES. C. A. Fed. Cir. Certiorari denied.

No. 03–696. HOLZWARTH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–697. CARPENTER *v.* ISRAEL. C. A. 2d Cir. Certiorari denied.

No. 03–698. BRAY *v.* FLORIDA PUBLIC EMPLOYEES RELATIONS COMMISSION ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–700. BARTH *v.* PUBLIC SERVICE ELECTRIC & GAS CO. Super. Ct. N. J., App. Div. Certiorari denied.